# **EXHIBIT A**

*U.S. Copyright Registration No. VAu 1-021-822 for "JQ Fish Art"
and corresponding deposit materials*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-021-822**

**Effective date of registration:**

July 10, 2009

---

## Title

**Title of Work:** JQ Fish Art

**Contents Titles:** 1- Walleye Green Lure  2- Side ID Northern Pike  3 -Lake Trout/ Spoon  4- Omitted  5- Side ID Brown Trout  6- Rainbow Trout Short Bend  7- Walleye Minnows  8-3 Trout Grouping  9-3 Crappie Grouping  10-2 Bass Grouping  11-4 Walleye Grouping

**Nature of Work:** Mixture of: Acrylic Paintings - Photos

## Completion/ Publication

**Year of Completion:** 1993

## Author

- **Author:** Jon Q Wright
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1960
  **Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Jon Wright
PO Box 1498, Walker, MN, 50484

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Jon Q Wright
**Date:** July 9, 2009





10-- 2 BASS GROUP



11-- 4 WALLEYE GROUP



9-- 3 CRAPPIE GROUP



5 SIDE ID BROWN TROUT

6 RAINBOW TROUT SHORT BEND

7 WALLEYE MINNOWS

